Order entered December 17, 2012

005293



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00855-CV

**MICHAEL WARD, Appellant**

V.

**WAYNE STANFORD, ET AL., Appellees**

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 08-12624-B

## ORDER

The Court has before it appellees Travis Ward, Morris Turman, and Branka Karakashevich's December 10, 2012 joint unopposed motion for second extension of time to file appellees' briefs. The Court **GRANTS** the motion and **ORDERS** these appellees to file their briefs by January 31, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE